IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2006 JAN 19  P 2: 45

CLERK _____
S_____ ___ OF GA.

RICHARD E. STONE,

    Plaintiff,

vs.

MICHAEL CHERTOFF, Secretary
DEPARTMENT OF HOMELAND
SECURITY, Agency,

    Defendant.

CIVIL ACTION NO.: CV205-248

# ORDER

**I.**     **Eligibility to proceed on appeal *in forma pauperis***

Plaintiff has filed with this Court a motion to proceed on appeal *in forma pauperis*. Under 28 U.S.C. § 1915(a) (1)-(2), the prisoner must submit the following:

(1)     an affidavit including a statement of the prisoner's assets and a declaration that the prisoner is unable to pay the filing fees and

(2)     a certified copy of the trust fund account statement for the six-month period immediately preceding the filing of the notice of appeal.

These documents must be submitted even if the prisoner was permitted to proceed *in forma pauperis* in the district court. Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24(a), this Court hereby

___     **GRANTS** the motion to proceed *in forma pauperis* on appeal;

_x_     **DENIES** the motion to proceed *in forma pauperis* on appeal for the following reason(s):

    ___     (1) This Court **CERTIFIES** that the appeal is not taken in good faith because

    ___     (2) The prisoner has failed to submit the affidavit required by 28 U.S.C. § 1915(a)(1).

    ___    (3) The prisoner has failed to submit the trust fund account statement required by 28 U.S.C. § 1915(a)(2).

    _X_    Other: <u>The appeal is frivolous and without merit. Decisions of the United States Magistrate Judge are appealable to a District Judge, not the Court of Appeals.</u>

## II. Installment Payment Provisions

Even if the prisoner is granted permission to proceed on appeal *in forma pauperis*, the prisoner is still required to pay the Court's filing fees. Pursuant to 28 U.S.C. § 1915 (b)(1), the prisoner is required to sign and return to the Clerk of this Court the **CONSENT FORM** which authorizes payment of the required $255.00 appellate filing fee from his or her prison account to the district court. A copy of this form is enclosed with the Plaintiff's service copy of this Order.

## III. Transcripts of Proceedings

    _x_    This Court will not presently require the preparation of a transcript or the payment therefor by the United States. To the extent that a transcript of any portion of the District Court proceedings is required, the Court of Appeals may more economically direct which proceedings it requires to be transcribed.

    ___    The Court Reporter shall transcribe the proceedings as requested by the party proceeding *in forma pauperis* and the United States shall bear the expense.

**SO ORDERED**, this _19th_ day of _January_, 2006.

                                            _____
                                            JUDGE, UNITED STATES DISTRICT COURT
                                            SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)