IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2006 JAN 26 ᛁ P 3: 04

CLERK _____
S_____ OF GA.

RICHARD E. STONE,

  Plaintiff,

vs.          CIVIL ACTION NO.: CV205-248

MICHAEL CHERTOFF, Secretary
DEPARTMENT OF HOMELAND
SECURITY, Agency,

  Defendant.

## ORDER

Plaintiff submitted a complaint to be filed pursuant to 42 U.S.C. § 2000e. By Order dated December 23, 2005, the Court denied Plaintiff's motion to proceed *in forma pauperis.* As of the date of this Order, Plaintiff has not paid the filing fee to proceed with this case. If the filing fee is not paid by February 10, 2006, this action will be dismissed, without prejudice.

SO ORDERED, this 26½ day of January, 2006.

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)