IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

RICHARD E. STONE,

    Plaintiff,

vs.

MICHAEL CHERTOFF, Secretary
DEPARTMENT OF HOMELAND
SECURITY, Agency,

    Defendant.

CIVIL ACTION NO.: CV205-248

## ORDER

Before the Court is Plaintiff's Appeal to the United States District Court of two Orders of Magistrate Judge James E. Graham. Plaintiff seeks to appeal the Magistrate Judge's Orders dated December 23, 2005.

Having read and considered Plaintiff's Appeal, the Court finds that the Magistrate Judge's Order denying Plaintiff's Motion to Proceed In Forma Pauperis in an action he filed pursuant to 42 U.S.C. § 2000e alleging employment discrimination, is neither clearly erroneous nor contrary to law. Further, the Magistrate Judge's Order denying Plaintiff's Motion for Appointment of Counsel is neither clearly erroneous nor contrary to law. Thus, Plaintiff's Appeal (Doc. 9) is **DENIED**.

**SO ORDERED**, this _15_ day of _February_, 2006.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)