

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

RICHARD E. STONE           :

Vs                         :       CV205-248
                                   Appeal No. 06-11657-A

SECRETARY MICHAEL CHERTOFF,  :
Department of Homeland Security

## ORDER

The United States Court of Appeals for the Eleventh Circuit granted appellant's motion for voluntary dismissal, the above referenced appeal was dismissed.

IT IS HEREBY ORDERED that the order of the United States Court of Appeals for the Eleventh Circuit is made the Judgment of this Court.

This __12__ day of July, 2006.

_____
Anthony A. Alaimo
United States District Judge
Southern District Of Georgia